PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__ABILENE__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 22 2023
CLERK, U.S. DISTRICT COURT
By _____ 10:30
    Deputy

CARLOS HENDERSON #2103529
Plaintiff's Name and ID Number

TDCJ-CID, Smith Unit, Lamesa, TX
Place of Confinement

CASE NO. 1-23CV-0116H
(Clerk will assign the number)

v.

Sgt. Santibanez, 12071 FM 3522, Abilene, TX 79601
Defendant's Name and Address

Warden Hudson, 12071 FM 3522, Abilene, TX 79601
Defendant's Name and Address

One Unknown Nurse, 12071 FM 3522, Abilene, TX 79601
Defendant's Name and Address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant. Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_ YES ___ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: _____
2. Parties to previous lawsuit:
   Plaintiff(s) ~~XXXXXXXXXXXXXXXX~~ Carlos Henderson
   Defendant(s) TDCJ, Smith Unit _____
3. Court: (If federal, name the district; if state, name the county.) Northern District, Lubbock
4. Cause number: 5:22-CV-313-BQ
5. Name of judge to whom case was assigned: _____
6. Disposition: (Was the case dismissed, appealed, still pending?) Voluntary Dismissal
7. Approximate date of disposition: _____

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: TDCJ-CID, Smith Unit, Lamesa, TX

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Carlos Henderson, TDCJ#2103529, 1313 CR 19, Lamesa, TX 79331

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sgt. Santibanez, 12071 FM 3522, Abilene, TX 79601, Sgt., Robertson Unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failure to protect, deliberate indifference to health and safety, deliberate indifference to serious medical needs, cruel treatment

Defendant #2: Warden Hudson, Warden, Robertson Unit, 12071 FM 3522, Abilene, TX, 79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Deliberate indifference to health and safety, Deliberate indifference to serious medical needs, cruel and unusual punishment, failure to protect.

Defendant #3: One Unknown Nurse, Nurse, Robertson Unit, 12071 FM 3522, Abilene, TX 79601.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Cruel and Unusual punishment, deliberate indifference to serious medical needs, deliberate indifference to health and safety needs.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1) On 9-23-22 I requested a Offender Protection Investigation (OPI) be conducted in behalf of my health and safety.

2) I made this request to defendant Sgt. Santibanez;

3) Sgt. Santibanez placed me in OPI housing pending an investigation into my report to him that my life was endangered due to threats towards me made by members of the "BLOOD" and "CRIPS."

4) However, Sgt. Santibanez failed to conduct the required OPI investigation.

5) On 9-26-22, I went to a hearing with Unit Classification Committee (UCC) in regards to the threats being reported by me to staff.

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award Compensatory and Punitive damages against the defendants jointly and severally; Grant an injunction against the defendants prohibiting each of them from harassing or threatening Plaintiff.

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Carlos Henderson

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
2103529

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___ YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

Rev. 05/15

4

6. Defendant Warden Hudson was present at the UCC hearing;

7) I reported to Warden Hudson the threats to my life being made against me by the BLOODS and the CRIPS;

8) I asked Warden Hudson to have classification reassign me to another TDCJ unit for my protection;

9) Warden Hudson told me that she was unable to sustain my claims of life endangerment because Sgt. Santibanez had failed to conduct the required OPI investigation;

10) Warden Hudson told me that the only way she could help me is if I could tell her information about where she could find contraband such as drugs and cellphones;

11) When I was unable to provide any information requested by Warden Hudson, Warden Hudson had me moved back to general population from protective housing;

12) In the weeks that followed, I repeatedly requested to either be placed in protective housing or transferred out of fear for my life;

13) My repeated requests were to Sgt. Santibanez and Warden Hudson.

14) On 11-1-2022, I was assaulted by a member of one of the gangs that had been threatening me;

15) As a result, Sgt. Santibanez wrote me a disciplinary case for fighting;

16) Sgt. Santibanez falsely wrote in the report that I didn't suffer any injuries.

17) I informed Sgt. Santibanez that I did suffer head injuries and was experiencing excrutiating pain in my head and dizziness;

18) Sgt. Santibanez continued to state that I had sustained no injuries;

19) Plaintiff subsequently experienced a medical emergency and had to be rushed to the emergency room at a local hospital to be examined.

20) Plaintiff had a CAT scan conducted where it was discovered that Plaintiff had suffered a concussion;

21) The defendant Unknown Nurse when responding to my medical emergency engaged in abusive and cruel behavior by slamming the stretcher Plaintiff was on in a manner designed to inflict undue pain while laughing at Plaintiff's cries for her to stop intentionally abusing Plaintiff.

22) The unknown nurse failed to adequately examine Plaintiff's head injury and ignored Plaintiff's pleas for treatment;

23) The Unknown Nurse defendant's actions caused a delay in treatment of Plaintiff that resulted in the foresaid medical emergency due to the adverse physical reaction Plaintiff experienced due to the untreated concussion.

24) As a result of the said acts of the said defendants, Plaintiff suffered injuries, as follows:
   a) Subjected to cruel and unusual punishment;
   b) Deliberate indifference to Plaintiff's serious medical needs;
   c) denial of due process of law;
   d) failure to protect
   e) intentional infliction ofemotional distress;
   f) physical injuries beyond de minimis consisting of a concussion;
   g) continuous and severe migraine headaches and dizziness that are apparently permanent injuries that Plaintiff will experience for the remainder of his life.

C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  X  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: __5-14-23__
              DATE

_____
(Signature of Plaintiff) *Carlos Henderson*

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __14__ day of __May__, 20 __23__.
             (Day)            (month)         (year)

_____
(Signature of Plaintiff) *Carlos Henderson*

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Carlos Henderson #2103529
Smith Unit
1313 CR 19
Lamesa, TX 79331

LUBBOCK TX 794
18 MAY 2023 PM 2 L

Clerk, U.S. District Court
Northern District
341 Pine St., Rm 2008
Abilene, TX 79601-5928

RECEIVED
MAY 2 2 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED MAIL
NOT INSPECTED
TEXAS
DEPARTMENT
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION