UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CARLOS HENDERSON,<br>Institutional ID No. 02103529<br><br>Plaintiff,<br><br>v.<br><br>SGT. A. SANTIBANEZ, *et al.*,<br><br>Defendants. | No. 1:23-CV-00116-H |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation that the Court dismiss most of Plaintiff's civil-rights claims but should permit one of his claims to proceed to service of process. Dkt. No. 21. No party objected. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, the Court dismisses with prejudice Plaintiff's claims against Defendants A. Santibanez and Nurse Jane Doe. The Court also finds that there is no just reason for delay in entering a final judgment and final judgment should be entered as to the above-named defendants and claims under Federal Rule of Civil Procedure 54(b). The Court will enter judgment accordingly.

Finally, the Court finds that Plaintiff's failure-to-protect claim against Defendant Crystal Hudson should proceed with service of process. The Court will enter a separate order requiring Defendant Hudson to answer or otherwise respond to Plaintiff's remaining claims.

Because Defendants Santibanez and Doe have been dismissed from this case, the Clerk is directed to change the caption of this case to *Carlos Henderson v. Crystal Hudson*, to reflect the remining claim.

So ordered.

Dated August 10, 2026.

JAMES WESLEY HENDRIX
United States District Judge